**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  IRMA RAMIREZ, ET AL                              NO. CV 07-04463 JCS

11              Plaintiff,                          **CLERK'S NOTICE RE: FAILURE
                                                    TO FILE ELECTRONICALLY
         v.                                         AND/OR REGISTER AS AN E-
12                                                  FILER**

13  OMELETTE EXPRESS INC, ET AL
                Defendant.
14  _____/

15
16  On **8/28/07**, counsel for **Plaintiffs** filed a **Complaint** manually, on paper. This case has been
17  designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

18
19  The above mentioned  paper document has been filed and docketed. However, General Order 45
20  provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
21  presumptively designated" as e-filing cases. Therefore, counsel for **Plaintiffs**  should submit the
22  **Complaint**, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges
23  chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and
24  follow the procedure listed there).  Do *not* e-file a document which has been previously filed on paper,
    as is the case with the above mentioned filing. All subsequent papers should be e-filed.
25
26  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
27  become an ECF User and be assigned a user ID and password for access to the system upon designation
28

1  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

2  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

3  at ecf.cand.uscourts.gov.

4  Dated: October 2, 2007                                      Gina Agustine-Rivas
                                                              Deputy Clerk

2