THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
A Professional Law Corporation
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:  415/674-8600
Facsimile:  415/674-9900

Attorneys for Plaintiffs
IRMA RAMIREZ, DAREN HEATHERLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; DAREN HEATHERLY, an individual and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>OMELETTE EXPRESS INC., a California corporation and NAN Z. MISHKIN,<br><br>    Defendants. | **CASE NO. C 07-04463 JCS**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 12, 2007            THOMAS E. FRANKOVICH
                                   A PROFESSIONAL LAW CORPORATION


                                   By: _____/s/_____
                                         Jennifer L. Steneberg
                                   Attorneys for Plaintiffs IRMA RAMIREZ; DAREN
                                   HEATHERLY and DISABILITY RIGHTS
                                   ENFORCEMENT, EDUCATION SERVICES

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE                                    1