```
Bradford J. DeMeo, SBN 141189
DeMeo, DeMeo & West
565 W. College Avenue
Santa Rosa, CA   95401
Telephone:  (707) 545-3232
Facsimile:  (707) 545-1725

Attorneys for defendant NAN Z. MISHKIN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, ET AL.<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>OMELETTE EXPRESS, INC., ET AL.<br>　　　　Defendant(s). | No. C 07 4463 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____      _____
　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　Counsel for   NAN Z. MISHKIN
　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant or indicate "pro se")

# PROOF OF SERVICE

I, the undersigned, say:

I am and was at the time of the within described mailing, over 18 years of age and employed in the County of Sonoma, California, in which the within referred mailing occurred. I am not a party to the cause or matter mentioned in the attached document. My business address is 565 West College Avenue, Santa Rosa, California 95401.

On the date below, following ordinary business practice, I served the attached:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

addressed as follows:

Thomas E. Frankovich
THOMAS E. FRANKOVICH, APLC
2806 Van Ness Avenue
San Francisco, CA 94109

Thomas Kevin Konicek
Zyromski Konicek LLP
2455 Bennett Valley Rd
Ste B204
Santa Rosa, CA 95404

__X__  **BY MAIL**: I caused each such envelope, with postage thereon fully paid, to be placed in the United States mail at Santa Rosa, California.

_____  **BY FACSIMILE**: I caused each such document to be transmitted by facsimile to the numbers listed above.

_____  **BY FEDERAL EXPRESS**: I caused each such, with shipping charges fully prepaid, to be delivered to and deposited with Federal Express in Santa Rosa, California for next business day delivery.

Each envelope so addressed and containing such copy was then sealed and postage thereon fully prepaid, and thereafter on the date and at the place this declaration was executed, shown below, deposited by me in a mail reception facility regularly maintained by the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 29, 2007, at Santa Rosa, California.

_____
Laura Rosenthal

-1-
ANSWER TO COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES
CASE NO. C 07 4463 JCS