1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
6  Attorneys for Plaintiffs IRMA RAMIREZ, DAREN HEATHERLY
   and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10 IRMA RAMIREZ, an individual; DAREN        )   CASE NO. CASE NO. C 07-04463 JCS
   HEATHERLY, an individual and              )
11 DISABILITY RIGHTS, ENFORCEMENT,           )   **RETURN OF SERVICE RE DEFENDANTS**
   EDUCATION, SERVICES:HELPING YOU           )   **OMELETTE EXPRESS INC., a California**
12 HELP OTHERS, a California public benefit  )   **corporation and NAN Z. MISHKIN**
   corporation,                              )
13                                           )
            Plaintiffs,                      )
14                                           )
   v.                                        )
15                                           )
   OMELETTE EXPRESS INC., a California       )
16 corporation and NAN Z. MISHKIN,           )
                                             )
17          Defendants.                      )
                                             )
18

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: IRMA RAMIREZ, et al
Defendant: OMELETTE EXPRESS INC., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4463 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Notice Of Rule Discontinuing Service By Mail; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. a. Party served:           OMELETTE EXPRESS INC.
   b. Person served:          DON TAYLOR, OWNER/AUTHORIZED AGENT

4. Address where the party was served:    112 - 4TH STREET
                                          SANTA ROSA, CA 95401

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Oct. 09, 2007 (2) at: 10:11AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: OMELETTE EXPRESS INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ALENE RUMMEL                             d. The Fee for Service was:
                                               e. I am: (3) registered California process server
   First Legal Support Services                    (i)  Independent Contractor
   ATTORNEY SERVICES                               (ii) Registration No.:   P-371
   301 CIVIC CENTER DR. WEST                       (iii) County:             Sonoma
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Oct. 15, 2007

                                                              /s/ Alene Rummel
Judicial Council Form POS-010            PROOF OF SERVICE              (ALENE RUMMEL)
Rule 982.9,(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT           6377459.thofr-fg.91816

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | |
| Ref. No. or File No : | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: IRMA RAMIREZ, et al.
Defendant: OMELETTE EXPRESS INC., et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number<br>C 07 4463 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Notice Of Rule Discontinuing Service By Mail, Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. a. Party served:   NAN Z. MISHKIN

4. Address where the party was served:   110 STIRUPP LANE
   KETCHUM, ID 83353

5. I served the party:
   b. by substituted service. On: Tue., Oct 09, 2007 at: 9:50PM by leaving the copies with or in the presence of:
      ARCHIE MISHKIN, HUSBAND
   (2) (Home) Competent Member of the Household over 18 I informed him or her of the general nature of the papers
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. R. J. SCHEU
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

   First Legal Support Services
   -ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Oct 15, 2007

   Judicial Council Form POS-010
   Rule 982.9.(a)&(b) Rev January 1, 2007
   PROOF OF SERVICE
   SUMMONS & COMPLAINT
   (R.J. SCHEU)   6877461.thofr-sg.91821

| Attorney or Party without Attorney | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | | | | |
| Telephone No: 415-674-8600    FAX No: 415-674-9900 | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: IRMA RAMIREZ, et al. | | | | |
| Defendant: OMELETTE EXPRESS INC., et al. | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 07 4463 JCS |

1. I, R. J. SCHEU, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant NAN Z. MISHKIN as follows:

2. Documents: Summons In A Civil Case Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Notice Of Rule Discontinuing Service By Mail; Contents Of Joint Case Management Statement; Ecf Registration Information Handout..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 10/09/07 | 2:40pm | Home | NO ANSWER. Attempt made by: R. J. SCHEU. Attempt at: 110 STIRUPP LANE KETCHUM ID 83353. |
| Tue | 10/09/07 | 3:40pm | Home | PER THE CLEANING LADY, THE SUBJECT LEFT FOR A MASSAGE APPOINTMENT, IT IS UNKNOWN WHEN SHE WILL RETURN. Attempt made by: R. J. SCHEU Attempt at: 110 STIRUPP LANE KETCHUM ID 83353. |
| Tue | 10/09/07 | 9:50pm | Home | Substituted Service on: NAN Z. MISHKIN Home - 110 STIRUPP LANE KETCHUM, ID. 83353 by leaving a copy of the document(s) with: ARCHIE MISHKIN, HUSBAND. Served by: R. J. SCHEU |
| Tue | 10/09/07 | | | Mailed copy of Documents to: NAN Z. MISHKIN |

3. Person Executing
   a. R. J. SCHEU
   b. FIRST LEGAL SUPPORT SERVICES
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Oct. 15, 2007

AFFIDAVIT OF REASONABLE DILIGENCE    (R J SCHEU)

| Attorney or Party without Attorney | | For Court Use Only |
|---|---|---|
| THOMAS E FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109<br>Telephone No 415-674-8600    FAX No: 415-674-9900 | | |
| | Ref. No or File No: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court Northern District Of California | | |
| Plaintiff: IRMA RAMIREZ, et al. | | |
| Defendant: OMELETTE EXPRESS INC., et al. | | |

| PROOF OF SERVICE<br>By Mail | Hearing Date | Time: | Dept/Div: | Case Number:<br>C 07 4463 JCS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured

2. I served copies of the Summons In A Civil Case Complaint For Injuctive Relief And Damages; Civil Cover Sheet  Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Notice Of Rule Discontinuing Service By Mail; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:         Tue., Oct. 09, 2007
   b. Place of Mailing:        SAN FRANCISCO, CA 94103
   c. Addressed as follows:    NAN Z. MISHKIN
                               110 STIRUPP LANE
                               KETCHUM, ID 83353

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U S. Postal Service on Tue., Oct. 09, 2007 in the ordinary course of business.

5. Person Serving:
   a. AARON DANIEL
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Oct. 15, 2007                                    (AARON DANIEL)

   Judicial Council Form POS-010           PROOF OF SERVICE                       6377461.thofr-fg.91821
   Rule 982.9.(a)&(b) Rev January 1, 2007      By Mail

## CERTIFICATE OR PROOF OF SERVICE

State of California      )
                         ) ss
County of San Francisco  )

    I, the undersigned, say: I am and was at all times herein mentioned, a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**RETURN OF SERVICE RE DEFENDANTS OMELETTE EXPRESS INC., a California corporation and NAN Z. MISHKIN**
on the interested parties in this action, conveyed as follows:

☒   by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
    ☒   in first class U.S. Mail
    ☐   in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service or Federal Express. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service or Federal Express in San Francisco.

☐   by transmitting via facsimile to the fax number(s) set forth below.

☐   by causing personal delivery by Western Messenger Service.

☐   by personal hand-delivery.

addressed to:

| | |
|---|---|
| Bradford J. DeMeo, Esq.<br>DeMeo & DeMeo<br>565 W. College Avenue<br>Santa Rosa, CA 95401 | Don Taylor, Agent<br>Omelette Express, Inc.<br>112 4th Street<br>Santa Rosa, CA 95401 |

    I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed this November 2, 2007, at San Francisco, California.

_Armetrice Cooper_
Armetrice Cooper
(Original signed)