THOMAS KEVIN KONICEK (SBN 110744)
MICHELLE V. ZYROMSKI (SBN 191606)
ZYROMSKI KONICEK LLP
Attorneys at Law
645 Fourth Street, Suite 200
Santa Rosa, California 95404
Telephone: (707) 542-1393
Facsimile: (707) 542-7697

Attorneys for Defendant
OMELETTE EXPRESS INC., a
California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; DAREN HEATHERLY, an individual and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>OMELETTE EXPRESS INC., a California corporation and NAN Z. MISHKIN,<br><br>Defendants. | CASE NO.: C 07 4463 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 66(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the ease, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 7, 2007

THOMAS KEVIN KONICEK, ESQ.
Attorney for Defendant
OMELETTE EXPRESS INC.

-1-

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
CASE NO. C 07 4463 JCS

CASE: RAMIREZ, et al., v. OMELETTE EXPRESS, INC., et al.
CASE NO:  C 07 4463 JCS

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 645 Fourth Street, Suite 200, Santa Rosa, California 95404. I am employed in the County of Sonoma where this service occurs. I am over the age of 18 years and not a party to the within cause.

On November 7, 2007, I served the following documents(s) described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

☒ **BY MAIL:** I am readily familiar with my firm's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at Santa Rosa, California, in the ordinary course of business.

☐ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number (707) 542-7697 to the facsimile numbers as stated on the attached service list, on this date.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Bradford J. DeMeo, Esq.<br>DeMeo DeMeo & West<br>565 W. College Avenue<br>Santa Rosa, CA 95401<br>Tel: (707) 545-3232<br>Fax: (707) 545-1725 | Attorney for Defendant<br>NAN Z. MISHKIN |
| Thomas E. Frankovich, Esq.<br>THOMAS E. FRANKOVICH,<br>A Professional Law Corporation<br>2806 Van Ness Avenue<br>San Francisco, CA 94109<br>Tel: (415) 674-8600<br>Fax: (415) 674-9900 | Attorneys for Plaintiffs IRMA RAMIREZ; DAREN HEATHERLY and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation |

1
2   ☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
3
    Executed on November 7, 2007, at Santa Rosa, California.
4
                                                      _____
                                                      Leslie Giovanetti
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ZYROMSKI - KONICEK LLP
645 Fourth Street, Suite 200
Santa Rosa, CA 95404