THOMAS KEVIN KONICEK (SBN 110744)
MICHELLE V. ZYROMSKI (SBN 191606)
ZYROMSKI KONICEK LLP
Attorneys at Law
645 Fourth Street, Suite 200
Santa Rosa, California 95404
Telephone: (707) 542-1393
Facsimile: (707) 542-7697

Attorneys for Defendant
OMELETTE EXPRESS INC., a
California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; DAREN HEATHERLY, an individual and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>OMELETTE EXPRESS INC., a California corporation and NAN Z. MISHKIN,<br><br>Defendants. | CASE NO.: C 07 4463 JCS<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT OMELETTE EXPRESS INC. TO RESPOND TO COMPLAINT |

 Defendant OMELETTE EXPRESS INC. by and through its undersigned counsel, and Plaintiffs IRMA RAMIREZ, an individual; DAREN HEATHERLY, an individual and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, through their undersigned counsel, stipulate as follows:

 1. In the interests of both minimizing the costs of litigating the above-entitled matter and concentrating efforts instead on attempts to reach possible settlement, the parties have agreed that Defendant OMELETTE EXPRESS INC. be granted an extension of time to and including seven (7) calendar days after mediation conducted pursuant to General Order No. 56, ¶¶ 6-7, should

1  that be necessary, to answer or otherwise respond to Plaintiffs' complaint.

2    2.   In the event Defendant OMELETTE EXPRESS INC. files a motion in lieu of an
3  answer to Plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45
4  days from the service of said motion.

5    3.   Defendant's counsel further stipulates that Defendant will comply with any and all
6  due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any
7  scheduling order issued by the Court prior to the date on which Defendant's responsive pleading
8  is due hereunder.

9     This Stipulation may be executed in faxed counterparts, all of which together shall
10 constitute one original document.

11 IT IS SO STIPULATED.

12

13 Dated: November 7, 2007

14                                              THOMAS KEVIN KONICEK, ESQ.
                                                Attorney for Defendant OMELETTE
15                                              EXPRESS INC.

16 Dated: November 7, 2007

17                                              JENNIFER L. STENEBERG, ESQ.
                                                Attorneys for Plaintiffs IRMA RAMIREZ;
18                                              DAREN HEATHERLY and DISABILITY
                                                RIGHTS, ENFORCEMENT, EDUCATION,
19                                              SERVICES: HELPING YOU HELP
                                                OTHERS, a California public benefit
20                                              corporation

21

22                       **ORDER**

23 IT IS SO ORDERED.

24

25 Dated: _____, 2007

26                                              JOSEPH C. SPERO
                                                United States District Court Judge
27

28

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT OMELETTE
EXPRESS INC. TO RESPOND TO COMPLAINT                           CASE NO. C 07 4463 JCS

ZYROMSKI · KONICEK LLP
645 Fourth Street, Suite 200
Santa Rosa, CA 95404

CASE: RAMIREZ, et al., v. OMELETTE EXPRESS, INC., et al.
CASE NO: C 07 4463 JCS

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 645 Fourth Street, Suite 200, Santa Rosa, California 95404. I am employed in the County of Sonoma where this service occurs. I am over the age of 18 years and not a party to the within cause.

On November 7, 2007, I served the following documents(s) described as:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT OMELETTE EXPRESS INC. TO RESPOND TO COMPLAINT**

☒ **BY MAIL:** I am readily familiar with my firm's normal business practice of collection and processing of correspondence for mailing. Under that practice, correspondence is deposited with the U.S. Postal Service that same day in a sealed envelope(s) with postage thereon fully prepaid at Santa Rosa, California, in the ordinary course of business.

☐ **BY FAX:** I served said document(s) by transmitting via facsimile from facsimile number (707) 542-7697 to the facsimile numbers as stated on the attached service list, on this date.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) to be delivered on the same day to an authorized courier or driver or to a regular box or other facility regularly maintained by **FEDERAL EXPRESS** with delivery fees provided for, addressed to the person(s) on whom it is to be served.

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Bradford J. DeMeo, Esq.<br>DeMeo DeMeo & West<br>565 W. College Avenue<br>Santa Rosa, CA 95401<br>Tel: (707) 545-3232<br>Fax: (707) 545-1725 | Attorney for Defendant<br>NAN Z. MISHKIN |
| Thomas E. Frankovich, Esq.<br>THOMAS E. FRANKOVICH,<br>A Professional Law Corporation<br>2806 Van Ness Avenue<br>San Francisco, CA 94109<br>Tel: (415) 674-8600<br>Fax: (415) 674-9900 | Attorneys for Plaintiffs IRMA RAMIREZ; DAREN HEATHERLY and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation |

☒ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 7, 2007, at Santa Rosa, California.

Leslie Giovanetti

ZYROMSKI · KONICEK LLP
645 Fourth Street, Suite 200
Santa Rosa, CA 95404