THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
2806 Van Ness Avenue
San Francisco, CA   94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs IRMA RAMIREZ, DAREN HEATHERLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; DAREN HEATHERLY, an individual and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>OMELETTE EXPRESS INC., a California corporation and NAN Z. MISHKIN,<br><br>　　　　Defendants. | **CASE NO. C 07 4463 JCS**<br><br>**NOTICE OF NEED FOR MEDIATION**<br><br>**(ADA Access Cases)** |

　　　Plaintiffs report that the parties have exchanged their respective positions regarding the removal of architectural barriers at the subject public accommodation, and believe that plaintiffs' injunctive relief claims will be satisfied through defendants' proposed remediations.

///

///

///

///

///

NOTICE OF NEED FOR MEDIATION                                                                                                         1

1  In turn, plaintiffs have made a demand for settlement. Unfortunately, however, the
2 parties have not reached an agreement. In accordance with General Order No. 56, the matter
3 should be set for mediation.

4

5 Date:   May 28, 2008

THOMAS E. FRANKOVICH
6 *A PROFESSIONAL LAW CORPORATION*

7
By:    /s/
8       Thomas E. Frankovich
Attorneys for IRMA RAMIREZ, an individual;
9 DAREN HEATHERLY, an individual; and
DISABILITY RIGHTS ENFORCEMENT,
10 EDUCATION SERVICES