| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| 2 | THOMAS E. FRANKOVICH, *A Professional Law Corporation* |
| 3 | 4328 Redwood Hwy., Suite 300<br>San Rafael, CA 94903 |
| 4 | Telephone:   415/674-8600<br>Facsimile:    415/674-9900 |
| 5 | |
| 6 | Attorneys for Plaintiffs<br>IRMA RAMIREZ; |
| 7 | DAREN HEATHERLY;<br>and DISABILITY RIGHTS |
| 8 | ENFORCEMENT, EDUCATION,<br>SERVICES: HELPING YOU |
| 9 | HELP OTHERS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IRMA RAMIREZ, an individual; DAREN HEATHERLY, an individual and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | ) ) ) ) ) ) ) | **CASE NO. CV-07-4463-JCS**<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| OMELETTE EXPRESS INC., a California corporation; and NAN Z. MISHKIN, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

///

///

///

///

///

///

///

///

1    PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law
2  Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California,
3  94109 to the following:

4    **4328 Redwood Hwy, Suite 300**
5    **San Rafael, California, 94903**

6  The telephone number and fax number remain the same.

8  Dated: August 28, 2008          THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

10                                  By: _____/S/_____
                                         THOMAS E. FRANKOVICH
11                                       Attorneys for Plaintiffs

NOTICE OF CHANGE OF FIRM ADDRESS                                                           2