BRADFORD J. DeMEO - SBN 141189
DeMEO & DeMEO
565 West College Avenue
Santa Rosa, CA 95401
(707) 545-3232
(707) 545-1725 (FAX)

Attorney for Defendant
Nan Mishkin

UNITED STATES DISTRICT COURT, NORTHER DISTRICT OF CALIFORNIA

Irma Ramirez et al v. Omelette Express, Inc. et al,

Case No. C07-4463-JCS

ORDER EXCUSING PARTY FROM ATTENDING MEDIATION

Date of Mediation: September 30, 2008
Time: 10:00 a.m.

The request of NAN MISHKIN, defendant in this matter, to be excused from attending in person the Mediation in this matter set for Tuesday, September 30, 2008 at 10:00 a.m., was heard and reviewed by this court. On proof being made to the court that personal attendance would impose an extraordinary hardship on NAN MISHKIN due to her current serious medical condition, the court hereby grants the request to be excused from attending the Mediation in person.

NAN MISHKIN ~~shall~~ *must* be available to participate in the Mediation by telephone on the date and time set for Mediation, and shall cause her legal counsel to be present in person at the Mediation on her behalf.

Dated: 9-24-08

*[signature]*
ADR Magistrate Judge Wayne D. Brazil

ORDER EXCUSING PARTY FROM ATTENDING MEDIATION